IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICO TSE, | No.    C06-02412 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by **July 21, 2006**, the case shall be dismissed for failure to prosecute.  The case managment conference scheduled for July 18, 2006 is **vacated.**

**IT IS SO ORDERED.**

Dated:       7/7/2006

MARTIN J. JENKINS
United States District Judge