|   |   |
|---|---|
| 1 | KEVIN V. RYAN **(California State Bar No. 118321)**<br>United States Attorney |
| 2 | JAY R. WEILL **(California State Bar No. 75434)**<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>DAVID L. DENIER **(California State Bar No. 95024)** |
| 4 | Assistant United States Attorney<br>  9th Floor Federal Building |
| 5 |   450 Golden Gate Avenue, Box 36055<br>  San Francisco, CA 94102 |
| 6 |   Telephone:   (415) 436-6888<br>  Fax:             (415) 436-6748 |

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| RICO TSE, | ) | NO.  C-06-2412-MJJ |
|---|---|---|
|         Plaintiff, | ) |  |
|      v. | ) | **STIPULATION AND ORDER** |
| UNITED STATES OF AMERICA, | ) | **TRANSFERRING CASE TO CENTRAL DISTRICT OF CALIFORNIA** |
|         Defendant. | ) | GRANTED |

    IT IS HEREBY AGREED AND STIPULATED by the parties, through their respective counsel of record, as follows:

    1.    This is an action against the United States under 28 U.S.C. § 1346(a)(1) for the recovery of a penalty alleged to have been excessive or wrongfully collected under the internal-revenue laws.

    2.    Any civil action in district court against the United States under 28 U.S.C. § 1346(a) may only be prosecuted in the judicial district where the plaintiff resides. 28 U.S.C. § 1402(a)(1).

    3.    Plaintiff Rico Tse resides at 1618 Sekio Avenue, Rowland Heights, California 91748, which is within the Central District of California.

1   4.   The parties, therefore, agree and stipulate that venue is improper in the Northern
2  District of California and that this case should be transferred to the Central District of California
3  pursuant to 28 U.S.C. § 1406(a).

4                                          THE SCHINNER LAW GROUP

6  Dated: July 21, 2006                     /s/ Edward Sarti
                                            EDWARD SARTI
7                                           Attorneys for Plaintiff Rico Tse

8                                           KEVIN V. RYAN
9                                           United States Attorney

11 Dated: July 21, 2006                     /s/ David L. Denier
                                            DAVID L. DENIER
12                                          Assistant United States Attorney
                                            Tax Division
13                                          Attorneys for United States of America

14
                            **O R D E R**
15
Pursuant to the Stipulation of the parties and 28 U.S.C. §§ 1402(a)(1) and 1406(a), and for good
16
cause shown, this case is hereby ordered to be transferred to the Central District of California.
17

18 Dated: 7/28/2006                         _____
19                                          MARTIN J. JENKINS
                                            UNITED STATES DISTRICT JUDGE

Stip & Ord. Transf. Case To CDCA
(No. C-06-2412-MJJ)